No. 2559. PÉREZ, APELADO, *v.* DÍAZ, APELANTE.—Corte de Distrito de Humacao. Cobro de dinero. Resuelto en marzo 28, 1922. Moción de la apelada para desestimar la apelación. Apareciendo que el apelante no ha radicado en tiempo su alegato en esta corte a pesar de las prórrogas concedidas, por tanto, de acuerdo con la ley y las reglas y la jurisprudencia aplicable se desestima la apelación.

No. 2656. RIVERA, APELADA, *v.* THE PALATINE INSURANCE COMPANY, LTD., APELANTE.—Corte de Distrito de Mayagüez. Cobro de dinero. Resuelto en marzo 30, 1922. Vista la moción de desistimiento de apelación de la demandada apelante, se resuelve de conformidad. *Desistida.*

No. 2655. JOSÉ CASABLANCA, S. EN C., APELADA, *v.* THE PALATINE INSURANCE, COMPANY, LTD., APELANTE.—Corte de Distrito de Mayagüez. Cobro de dinero. Resuelto en marzo 30, 1922. Vista la moción de desistimiento de apelación de la demandada apelante, se resuelve de conformidad. *Desistida.*

No. 2693. HONORÉ, APELADO, *v.* TORO, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. *Mandamus.* Moción de desestimación de apelación. Vista la Ley No. 27 de noviembre 27, 1917, la No. 81 de junio 26, 1919, el artículo 303 del Código de Enjuiciamiento Civil en armonía con la regla 40 del Reglamento de esta corte y por los fundamentos de los casos de *Mercado et al.,* v. *Suc. Ferreiro,* 26 D. P. R. 492, *Belaval* v. *Córdova, Juez de Distrito,* 21 D. P. R. 537, y *Vieira y Co.* v. *Reyes,* 28 D. P. R. 80, se desestima la apelación.

No. 1904. EX PARTE RIVERA, ALIAS BOLOLO, APELANTE, *v.* EL PUEBLO, APELADO.—Corte de Distrito de San Juan, Primer Distrito. *Habeas corpus.* Resuelto en marzo 30, 1922. Celebrada la vista sin la comparecencia del apelante y sin que se hubiera presentado alegato alguno, se desestima la apelación.